

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2015

No. 04-15-00005-CV

**IN THE ESTATE OF JACK HIROMI IKENAGA SR.**,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellee ACCC Holding Corporation's brief was due on July 24, 2015. *See* TEX. R. APP. P. 38.6(b). We granted an unopposed first motion for a forty-five day extension of time to file its brief until September 8, 2015.

On September 1, 2015, Appellee filed a second motion for an extension of time to file the brief until September 23, 2015, for a total extension of sixty days.

Appellee's motion is GRANTED. Appellee must file its brief with this court by September 23, 2015. *See id.* **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLEE'S BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court